# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT AVOSSA, SUPERINTENDENT OF PALM BEACH COUNTY SCHOOL DISTRICT,** and **THE PALM BEACH COUNTY SCHOOL BOARD,**
Appellants,

v.

**PALM BEACH COUNTY CLASSROOM TEACHER ASSOCIATION** and **SCOTT LANDSTROM,**
Appellees.

No. 4D17-1276

[October 5, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Judge; L.T. Case No. 50-2016-CA-006360-XXXXMB.

Sean Fahey, Associate Attorney, and Jean Marie Middleton, Senior Attorney of the School Board of Palm Beach County, Florida, Office of General Counsel, West Palm Beach, for appellants.

Thomas L. Johnson of Law Offices of Thomas Johnson, Brandon, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***